```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 02793
   QIANNA BLACK
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-1741

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/20/2006 and was confirmed 05/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 08/28/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
WELLS FARGO BANK           MORTGAGE ARRE   1365.41           .00         1365.41
WELLS FARGO BANK           CURRENT MORTG     .00             .00            .00
PATELCO                    SECURED         9256.60           .00         2699.90
WORLD FINANCIAL NETWORK    UNSECURED       2266.36           .00           60.02
WILSHIRE CREDIT CORPORAT   CURRENT MORTG     .00             .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE   1793.62           .00          555.86
BANCO POPULAR              UNSECURED       NOT FILED         .00            .00
CAPITAL ONE                UNSECURED        373.28           .00            .00
CAPITAL ONE                UNSECURED        327.01           .00            .00
IC SYSTEMS                 UNSECURED       NOT FILED         .00            .00
NICOR GAS                  UNSECURED       NOT FILED         .00            .00
PATELCO                    UNSECURED       9256.60           .00          245.15
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED         .00            .00
GENERAL ELETRIC            UNSECURED        591.64           .00           15.67
PATELCO                    UNSECURED       2616.60           .00           69.30
BENNIE W FERNANDEZ         ATTORNEY        2986.00           .00         2986.00
SAULIUS V MODESTAS         DEBTOR ATTY       .00                            .00
TOM VAUGHN                 TRUSTEE                                        439.41
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              8,436.72

PRIORITY                                       .00
SECURED                                   4,621.17
UNSECURED                                   390.14
ADMINISTRATIVE                            2,986.00
TRUSTEE COMPENSATION                        439.41
DEBTOR REFUND                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 02793 QIANNA BLACK
```

```
                                   ---------------     ---------------
TOTALS                                    8,436.72            8,436.72
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 11/28/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```